**Order entered February 10, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00064-CR

### LOUIS JAMES BROWN, III, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-83597-2019**

## ORDER

We **REINSTATE** this appeal.

We abated for a hearing to determine whether appellant was entitled to counsel or whether he intended to represent himself. On January 22, 2020, the trial court held a hearing; the reporter's record from that hearing was filed February 4, 2020.

We **ADOPT** the trial court's findings that (1) appellant is indigent; (2) he appeared and indicated he wished to represent himself pro se; (3) appellant's waiver of appointed counsel was made competently, voluntarily, knowingly, and intelligently; and (4) after the trial court admonished appellant on the dangers and disadvantages of self-representation on appeal, appellant appeared fully aware of the same.

We **DIRECT** the Clerk of the Court to **LIST** appellant as proceeding pro se. All future correspondence, including a copy of this order, shall be sent to Louis James Brown III, SO 364717, Collin County Detention Facility, 4300 Community Ave., McKinney, Texas 75071.

The clerk's record and reporter's record are due **April 10, 2020.** *See* TEX. R. APP. P. 35.2(b). Appellant's brief will be due thirty days after the date the record is complete and received by appellant. *See* TEX. R. APP. P. 38.6(a).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable John Roach Jr., Presiding Judge, 296th Judicial District Court; Lynne Finley, Collin County District Clerk; Janet Dugger, official court reporter, 296th Judicial District Court; to Louis James Brown III, SO 364717, Collin County Detention Center, 4300 Community Ave., McKinney, Texas 75071; and to the Collin County District Attorney's Office.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE